THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC.,

Plaintiffs,

v.

AMAZON FULFILLMENT SERVICES, INC.,

Defendant.

No. 2:16-CV-00355-RSM

ORDER GRANTING STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED PRE-TRIAL DATES

THIS MATTER came before the Court pursuant to a joint motion by Plaintiffs and Defendant to extend the trial date and related pre-trial dates in accordance with the schedule set forth below. Having considered the stipulated motion, the Court finds that there is good cause to extend the trial date and related pre-trial dates as requested in the joint motion as follows:

|  | **New Deadlines** |
|---|---|
| Dispositive motion filing deadline | 3/14/17 |
| Mediation deadline | 4/28/17 |
| Motions in limine | 5/29/17 |
| Agreed pretrial order | 6/12/17 |
| Trial briefs, jury instructions, etc. | 6/19/17 |
| Trial (5-day, jury) | 6/26/17 |

ORDER GRANTING STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:16-cv-00355-RSM) - 1

90465059.1 0053837-00636

1  IT IS SO ORDERED this 24 day of January 2017.

2

3

4

                                      RICARDO S. MARTINEZ
5                                       CHIEF UNITED STATES DISTRICT JUDGE

6

7

8  Presented by:

9  /s/ Vanessa S. Power                       /s/ Matthew A. Carvalho (per email authorization)
Vanessa Soriano Power, WSBA No. 30777    Matthew A. Carvalho, WSBA No. 31201
10 Stevan D. Phillips, WSBA No. 2257           YARMUTH WILSDON PLLC
STOEL RIVES LLP                              1420 Fifth Avenue, Suite 1400
11 600 University Street, Suite 3600            Seattle, WA 98101
Seattle, WA 98101                            Telephone: 206-516-3800
12 Telephone: 206-624-0900                 Email: mcarvalho@yarmuth.com
13 Email: vanessa.power@stoel.com          *Attorneys for Plaintiffs*
Email: stevan.phillips@stoel.com
14 *Attorneys for Defendant/Counter Claimant*
*Amazon Fulfillment Services, Inc.*
15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:16-cv-00355-RSM) - 2

90465059.1 0053837-00636