UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., <br><br> Defendant. | No. 2:16-CV-00355-RSM <br><br> ORDER GRANTING AMAZON FULFILLMENT SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

THIS MATTER came before the Court on Defendant Amazon Fulfillment Services, Inc.'s ("Amazon") Motion for Partial Summary Judgment. The Court having reviewed the motion, response, and reply, and being fully advised, orders:

Amazon's motion for partial summary judgment is **GRANTED.** In light of Amazon's contractual right to cancel purchase orders as it did, Beautyko's claims for breach of contract, breach of the duty of good faith and fair dealing, and promissory estoppel fail to the extent they stem from cancelled purchase orders. Beautyko's damages stemming from cancelled purchase orders are likewise barred.

ORDER GRANTING AMAZON FULFILLMENT SERVICES, INC.'S MOTION FOR
PARTIAL SUMMARY JUDGMENT (No. 2:16-cv-00355-RSM) - 1

SO ORDERED this 3rd day of May, 2017.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Vanessa Power
Vanessa Soriano Power, WSBA No. 30777
Stevan D. Phillips, WSBA No. 2257
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Email: vanessa.power@stoel.com
Email: stevan.phillips@stoel.com

*Attorneys for Defendant/Counter Claimant Amazon Fulfillment Services, Inc.*

ORDER GRANTING AMAZON FULFILLMENT SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (No. 2:16-cv-00355-RSM) - 2