THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON FULFILLMENT SERVICES, INC.,<br><br>Defendant. | No. 2:16-CV-00355-RSM<br><br>STIPULATED REQUEST FOR CONTINUANCE OF TRIAL<br><br>NOTE FOR CONSIDERATION:<br>July 20, 2017 |

The parties jointly stipulate and request a two-month continuance of trial in this case, to September 25, 2017.

RESPECTFULLY SUBMITTED this 20th day of July, 2017.

STOEL RIVES LLP

*/s/ Vanessa S. Power*
Vanessa Soriano Power, WSBA No. 30777
Stevan D. Phillips, WSBA No. 2257
600 University Street, Suite 3600
Seattle, WA  98101
Telephone: 206-624-0900
Email:  vanessa.power@stoel.com
           stevan.phillips@stoel.com

*Attorneys for Defendant/Counter Claimant*

YARMUTH WILSDON PLLC

*/s/ Diana S. Breaux*
Matthew A. Carvalho, WSBA No. 31201
Diana S. Breaux, WSBA No. 46112
1420 Fifth Avenue, Suite 1400
Seattle, WA 98101
Telephone: 206-516-3800
Email:  mcarvalho@yarmuth.com
           dbreaux@yarmuth.com

*Attorneys for Plaintiffs*

STIPULATED REQUEST FOR CONTINUANCE OF TRIAL
(No. 2:16-cv-00355-RSM) - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Matthew A Carvalho**
  mcarvalho@yarmuth.com,kkennedy@yarmuth.com
- **Diana S Breaux**
  dbreaux@yarmuth.com,sbarber@yarmuth.com

*/s/ Vanessa Power*
Vanessa S. Power

STIPULATED REQUEST FOR CONTINUANCE OF TRIAL
(No. 2:16-cv-00355-RSM) - 2

93508651.1 0053837-00636

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*