UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., <br><br> Defendant. | No. 2:16-CV-00355-RSM <br><br> ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND TRIAL DATE AND RELATED PRE-TRIAL DATES |
|---|---|

THIS MATTER came before the Court pursuant to a stipulated request by Plaintiffs and Defendant to continue the trial date to September 25, 2017. Dkt. #53. The parties do not request to extend pre-trial deadlines. Having considered the stipulated motion and the remainder of the record, the Court finds good cause to continue trial and certain pre-trial deadlines as stated below. The deadline for motions in limine has passed and will not be extended.

| CURRENT | | NEW DATE |
|---|---|---|
| 7/19/17 | Agreed pretrial order | 9/26/17 |
| 7/26/17 | Trial briefs, jury instructions, etc. | 10/3/17 |
| 7/31/17 | Trial (5-day, jury) | 10/10/17 |

ORDER GRANTING STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:16-cv-00355-RSM) - 1

1       IT IS SO ORDERED this 24 day of July 2017.

2

3

4

5       _____
        RICARDO S. MARTINEZ
6       CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION TO EXTEND
TRIAL DATE AND RELATED PRE-TRIAL DATES
(No. 2:16-cv-00355-RSM) - 2