UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., <br><br> Defendant. | No. 2:16-cv-00355-RSM <br><br> STIPULATED MOTION TO DISMISS PLAINTIFFS' FIRST CAUSE OF ACTION FOR DECLARATORY JUDGMENT |

Based upon Paragraphs 26 and 27 of Defendant Amazon Fulfillment Services, Inc.'s ("Amazon") Answer to Plaintiff's Complaint, Plaintiffs Beautyko LLC, Linoi LLC, Shop Flash USA Inc., Beautyko USA Inc., and Bennoti USA Inc. (collectively "Beautyko") and Amazon stipulate to dismissal of Beautyko's First Cause of Action for Declaratory Judgment without prejudice.

/ / /

DEFENDANT'S TRIAL EXHIBIT LIST - 1

RESPECTFULLY SUBMITTED this 22nd day of September, 2017.

STOEL RIVES LLP

*/s/ Vanessa Soriano Power*
Vanessa Soriano Power, WSBA #30777
Stevan D. Phillips, WSBA #2257
KC Harding, WSBA #51291
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206-624-0900
Email: vanessa.power@stoel.com
　　　　stevan.phillips@stoel.com
　　　　kc.harding@stoel.com

*Attorneys for Defendant/Counter Claimant*

SCHLEMLEIN FICK & SCRUGGS PLLC

*/s/ Charles A. Lyman*
Charles A. Lyman, WSBA No. 30495
Brian K. Keeley, WSBA No. 32121
Michael P. Scruggs, WSBA No. 19066
66 S. Hanford St., Suite 300
Seattle, WA 98134
Telephone: (206) 448-8100
Email: cal@soslaw.com
　　　　bkk@soslaw.com
　　　　mps@soslaw.com

*Attorneys for Plaintiffs*

DEFENDANT'S TRIAL EXHIBIT LIST - 2

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED this 22nd day of September, 2017.

                                  RICARDO S. MARTINEZ
                                  CHIEF UNITED STATES DISTRICT JUDGE

DEFENDANT'S TRIAL EXHIBIT LIST - 3