THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., <br><br> Defendant. | No. 2:16-CV-00355-RSM <br><br> AMAZON'S PROPOSED NEUTRAL STATEMENT OF THE CASE |

Defendant Amazon Fulfillment Services, Inc. ("Amazon") sought to coordinate with Plaintiffs on a neutral statement of the case; unfortunately the parties were unable to come to agreement.  As such, Amazon makes the following proposal:

To help you understand more about this case, I will give you a brief summary of the positions of the parties:

*Through its online retail marketplace ([www.amazon.com](www.amazon.com)) Amazon offers products for sale to its customers.  Where, as here, Amazon is the seller, Amazon purchases the products in the first instance from vendors.  Each of the Plaintiffs (Beautyko LLC, Linoi LLC, Bennoti USA Inc., Beautyko USA Inc., and Shop Flash USA Inc.) was a vendor to Amazon.  Each of the Plaintiffs signed a contract with Amazon which governs this dispute.  I will refer to this as the*

AMAZON'S PROPOSED NEUTRAL STATEMENT OF THE CASE
(2:16-CV-00355-RSM)  - 1

*"Contract." The Plaintiffs are related entities, which I will refer to collectively as "Beautyko." Beautyko sold products to Amazon under the Contract. Both sides argue that the other side breached the Contract.*

Beautyko asserts that *Amazon breached the Contract by:*

1. *failing to pay Beautyko for goods shipped to Amazon; and*
2. *failing to observe reasonable commercial standards of fair dealing or being dishonest in its performance under the Contract (this is a claim that Amazon violated the duty of "good faith")*

*Beautyko also has a claim based on promissory estoppel.* Beautyko has the burden of proving these claims. Amazon denies these claims.

Amazon asserts that *Beautyko breached the Contract by:*

1. *failing to provide full, accurate, and complete information about the goods it sold to Amazon;*
2. *failing to accept returns as required under the Contract when requested by Amazon; and*
3. *failing to observe reasonable commercial standards of fair dealing or being dishonest in its performance under the Contract (this is a claim that Beautyko violated the duty of "good faith").*

*Amazon additionally asserts that Beautyko committed fraud by knowingly and intentionally misrepresenting product information when listing products for sale on Amazon.* Amazon has the burden of proving these counterclaims. Beautyko denies these counterclaims.

Both parties claim that any damages suffered by the other should be offset by the damages that party allegedly caused. Both parties bear the burden of proving the existence of their respective damages, the amount, their right to any damage offset, and the amount. Both parties also assert the doctrine of unclean hands, Amazon asserts the defense of the parol

AMAZON'S PROPOSED NEUTRAL STATEMENT OF THE CASE
(2:16-CV-00355-RSM)   - 2

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone (206) 624-0900*

94611273.1 0053837-00636

evidence rule with respect to Beautyko's promissory estoppel claim, and Beautyko asserts the defense of waiver with respect to Amazon's Contract claim.

DATED: November 8, 2017

STOEL RIVES LLP

*s/ Vanessa Power*
Vanessa Soriano Power, WSBA No. 30777
vanessa.power@stoel.com
Stevan D. Phillips, WSBA No. 2257
stevan.phillips@stoel.com
KC Harding, WSBA No.
kc.harding@stoel.com

Attorneys for Defendant
Amazon Fulfillment Services, Inc.

AMAZON'S PROPOSED NEUTRAL STATEMENT OF THE CASE
(2:16-CV-00355-RSM) - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties who have appeared in this case.

/s/ Leslie Lomax
Leslie Lomax, Practice Assistant

AMAZON'S PROPOSED NEUTRAL STATEMENT OF THE CASE
(2:16-CV-00355-RSM)   - 4