UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BEAUTYKO LLC; LINOI LLC; SHOP FLASH USA INC.; BEAUTYKO USA INC.; AND BENNOTI USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON FULFILLMENT SERVICES, INC., <br><br> Defendant. | Case No. 16-355RSM <br><br> **VERDICT FORM** |

We the jury, provide the following answers to the questions submitted by the Court:

QUESTION NO. 1:

Did Amazon breach the Contract in a way that caused damage to Beautyko?

Yes _____     No __X__

*If your answer to Question No. 1 is "yes," you must calculate the amount of damages caused by the breach here, and then proceed to Question No. 2. If your answer is no, write "N/A" and proceed to Question No. 2 on the next page:*

$ __0__

Jury Verdict Form - 1

QUESTION NO. 2:

Did Beautyko breach the Contract in a way that caused damage to Amazon?

Yes **X**    No _____

*If your answer to Question No. 2 is "yes," you must calculate the amount of damages caused by the breach here, and then proceed to Question No. 3. If your answer is no, write "N/A" and proceed to Question No. 3:*

$ **3,611,999.⁸⁰**

QUESTION NO. 3:

Did Beautyko commit fraud against Amazon?

Yes _____    No **X**

*If your answer is yes, you must determine the amount of damages due to Amazon solely because of fraud, if any. If any portion of these damages was already addressed in response to Question No. 2, do not include that portion. If your answer is no, write "N/A". After finishing this question, sign the Verdict Form.*

$ **0**

Presiding Juror, please date and sign this Verdict Form.

Dated this **21ˢᵗ** day of November, 2017.

[signature redacted]

Presiding Juror

Jury Verdict Form - 2